RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Nathan Thomas Foreman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00105-GMN-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | (First Request) |
| NATHAN THOMAS FOREMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Nathan Thomas Foreman, that the sentencing hearing currently scheduled for January 8, 2025, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.   Mr. Foreman has a surgery scheduled for January 22, 2025.  Doctors estimate rehabilitation will take around 6 weeks.  Counsel for defendant request a 60-day continuance so Mr. Foreman's custodial sentence does not impact his surgery or recovery.

2.  The government is consenting to the continuance based on the representations made by counsel.

This is the first stipulation to continue filed herein.

DATED this 3rd day of January, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ *Afroza Yeasmin*<br>AFROZA YEASMIN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN THOMAS FOREMAN,<br><br>Defendant. | Case No. 2:23-cr-00105-GMN-EJY<br><br>**ORDER** |

**IT IS THEREFORE ORDERED** that the sentencing hearing currently scheduled for January 8, 2025 at 10:00 a.m., be vacated and continued to March 12, 2025 at the hour of 10:00 a.m.

DATED this  6  day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE