RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Nathan Thomas Foreman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00105-GMN-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | (Second Request) |
| NATHAN THOMAS FOREMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Nathan Thomas Foreman, that the sentencing hearing currently scheduled for March 12, 2025, be vacated and set to a date and time after April 4, 2025.

The Stipulation is entered into for the following reasons:

1. Mr. Foreman's physical therapy was originally expected to be over ahead of the current setting, however, at this time it is expected to last another three (3) weeks from today.

2. Defense counsel is unavailable March 12th-14th, 2025.

3. Counsel for the government anticipates being on trial at the end of March and may not be able to personally appear for sentencing if the matter is continued to a date before of April 4, 2025.

4. The defendant is not incarcerated and does not object to the continuance.

This is the second stipulation to continue filed herein.

DATED this 6th day of March, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Afroza Yeasmin*<br>AFROZA YEASMIN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN THOMAS FOREMAN, <br><br> Defendant. | Case No. 2:23-cr-00105-GMN-EJY <br><br> **ORDER** |

**IT IS THEREFORE ORDERED** that the sentencing hearing currently scheduled for March 12, 2025 at 10:00 a.m., be vacated and continued to April 8, 2025 at the hour of 11:00 a.m.

DATED this 7 day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE