

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN THOMAS FOREMAN,<br><br>Defendant. | 2:23-CR-105-GMN-EJY<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 2428(a)(1); 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Nathan Thomas Foreman to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Nathan Thomas Foreman pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 49; Plea Agreement ECF No. 50; Preliminary Order of Forfeiture, ECF No. 51.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 5, 2024, through November 4, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 52-1, p. 5.

1 | This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 54.

On October 21, 2024, the United States Attorney's Office attempted to serve Katherine L. Foreman at zip code 89147 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The regular and certified mail were returned as insufficient address and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 54-1, p. 3-15.

On October 21, 2024, the United States Attorney's Office served and attempted to serve Katherine L. Foreman at zip code 89128 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The status of the certified mail is unknown as it has been scheduled for redelivery since October 31, 2024. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 54-1, p. 3-11, 16-18.

On October 21, 2024, the United States Attorney's Office served and attempted to serve Katherine L. Foreman at zip code 89052 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 54-1, p. 3-11, 19-21.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2428(a)(1);

/ / /

18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

    1. a Samsung Galaxy S22 Ultra (SM-S901U) IMEI 353114482134717 (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Nathan Thomas Foreman, Katherine L. Foreman, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _April 8_, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE