1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 8264
3
   CYBILL DOTSON
4  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   E-mail: Cybill.Dotson@usdoj.gov
7  *Attorneys for the United States*

8                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
9

10  United States of America,

11         Plaintiff / Judgment Creditor,

12         v.                                    Case No. 2:23-CR-00105

13  Nathan Thomas Foreman,
                                                 **Writ of Continuing Garnishment**
14         Defendant / Judgment Debtor,

15         and

16  Empower Annuity Insurance Company of
    America dba Empower, and its
17  successors or assigns,

18         Garnishee.

19
           To the Garnishee:    Empower Retirement, Inc.
20                              C/O CT Corporation System
                                701 S. Carson Street Ste. 200
21                              Carson City, NV 89701

22         An Application for Writ of Continuing Garnishment against the following described

23  earnings, money or property of the above-named Defendant / Judgment Debtor has been

24  filed with the United States District Court for the District of Nevada.

25         Whereupon the Court, having considered the Application for Writ of Continuing

26  Garnishment against the Defendant, Nathan Thomas Foreman's earnings and property in

27  which the Defendant has a substantial nonexempt interest, now finds that the requirements

28  of 28 U.S.C. § 3205 are satisfied and that an appropriate Writ of Garnishment shall, and

1

hereby does, issue.

IT IS THEREFORE ORDERED THAT:

1. A judgment has been entered against the above-named Defendant / Judgment Debtor in the amount of $11,200.00. As of June 5, 2025, $200.00 been credited to the account leaving a balance due of $11,000.00.

2. Pending further order of this Court, the Garnishee shall withhold and retain any earnings, money or property on which the debtor has a substantial nonexempt interest and for which the Garnishee is or may become indebted to the Defendant/Judgment Debtor Nathan Thomas Foreman. *See* 28 U.S.C § 3202(c)(2)(F). Do not deliver property to the Court at this time. Instead withhold and retain property until such time as the Court orders its distribution.

3. <u>The Garnishee is required by law</u> pursuant to 28 U.S.C. §3205(c)(2)(E) to complete under oath the accompanying Answer of Garnishee <u>within ten (10) days</u> of receipt of this Writ of Continuing Garnishment, and file the original with:

> Clerk of the Court
> U.S. District Court
> 333 Las Vegas Boulevard, South
> Room 1334
> Las Vegas, Nevada 89101

4. The Garnishee is also required to send a copy to the Defendant / Judgment Debtor at:

> Nathan Thomas Foreman
> 80 S. Gibson Rd. #818
> Henderson, NV 89012-2435

and a copy to:

> Cybill Dotson
> Assistant United States Attorney
> United States Attorney's Office
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101

5. If you fail to file an answer or withhold property in accordance with this Writ, the United States may petition the Court for an order requiring you to appear before this Court and answer this Writ and withhold property before the appearance date. *See* 28 U.S.C.

§ 3205(c)(6). If you fail to answer, or appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and may award a reasonable attorney's fee to the United States. *Id.*

6. Pursuant to 28 U.S.C. § 3205(c)(3), the United States shall serve the Garnishee and the Defendant / Judgment Debtor with copies of this Writ of Continuing Garnishment and shall certify to the Court that such service was made. The writ shall be accompanied by the instructions required by 28 U.S.C. §§ 3205(c)(3)(A) and (B).

7. Under the law, there is property which may be exempt from this Writ. Property which may be exempt is listed on the attached exemption list.

Date: 6/12/2025

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

3

SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264

CYBILL DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff / Judgment Creditor,<br><br>　　v.<br><br>Nathan Thomas Foreman,<br><br>　　　　Defendant / Judgment Debtor,<br><br>　　and<br><br>Empower Annuity Insurance Company of America dba Empower, and its successors or assigns,<br><br>　　　　Garnishee. | Case No. 2:23-CR-00105<br><br>**Clerk's Notice of Post-Judgment Garnishment** |

　　You are hereby notified that the Defendant / Judgment Debtor's property is being taken by the United States of America, which has a court judgment in 2:23-CR-00105 in the sum of $11,200.00 in assessments, of which $200 is a *special assessment*. As of June 5, 2025, a balance of $11,000.00 remains outstanding on these assessments. The $200.00 *special assessment* has been fully paid.

　　In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the United States if Nathan Thomas Foreman can show that the exemptions apply. Attached is a summary of the major exemptions which apply under federal law.

If you are Nathan Thomas Foreman, you have a right to ask the court to return your property to you if you think you do not owe the money to the Government as it claims, or if you think the property the Government is taking qualifies under one of the exemptions on the attached list.

If you want a hearing, you must notify the court within 20 days after you receive this notice. Your request must be in writing. The hearing will take place within 5 days after the request is received, or as soon thereafter as practicable. *See* 28 U.S.C. §3202(d). If you wish, you may use the attachment entitled Affidavit of Exemptions and Request for Hearing. To request the hearing, fill out the information and check the appropriate box, indicate which exemption(s) from the attached list you are claiming, have your oath and signature notarized on the verification of the Affidavit and attach the Claim for Exemption Form with the appropriate exemption(s) checked. You must either mail or deliver in person both forms (Affidavit of Exemptions and Request for Hearing form and Claim for Exemptions Form) to:

    Clerk, United States District Court
    333 Las Vegas Boulevard, South, Room 1334
    Las Vegas, Nevada 89101

So the Government will know you want a hearing, you must also send a full copy of your request to the United States Attorney at:

    Cybill Dotson
    Assistant United States Attorney
    United States Attorney's Office
    501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101

At the hearing you may explain to the judge why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, your property may be delivered to the United States to be applied toward the debt you owe the Government.

If you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You

must make your request in writing, and either mail it or deliver it in person to the clerk of the court at:

>Clerk, United States District Court
>333 Las Vegas Boulevard South, Room 1334
>Las Vegas, Nevada 89101

So the Government will know you want the proceeding to be transferred, you must also send a copy of your request to the United States Attorney at:

>Cybill Dotson
>Assistant United States Attorney
>United States Attorney's Office
>501 Las Vegas Boulevard South, Suite 1100
>Las Vegas, Nevada 89101

Be sure to keep a copy of this notice for your own records. If you have any questions about your right or about this procedure, you should contact a lawyer, an office of public assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

Date: 6/12/2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

## NOTICE TO DEFENDANT / JUDGMENT DEBTOR ON
## HOW TO CLAIM EXEMPTIONS AND FURTHER INSTRUCTIONS

This post-judgment enforcement has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. The attached Claim for Exemption Form lists the exemptions available to you under federal law. There is no exemption solely because you are having difficulty paying your debts.

If you believe that the money or property about to be taken from you is exempt, you should: (i) fill out the claim for exemption form, (ii) sign and notarize the form, and (iii) deliver or mail the form to the clerk's office of this court and send a copy to the counsel for the United States. This must be done within 20 days after this Notice was served. You have a right to a hearing within five business days, or as soon thereafter as practicable, from the date you file your claim with the court.

If you request a hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case.

If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

OBJECTIONS TO ANSWER. The garnishee has 10 days to file and serve a copy of its original answer to the writ of garnishment. Pursuant to 28 U.S.C. § 3205(c)(5), within 20 days after receipt of the answer, either you or the United States may file a written objection to the answer and request a hearing. A copy of the objection and request for a hearing shall be served on the garnishee and all other parties. The court shall hold a hearing within 10 days after the date the request is received by the court, or as soon thereafter as is practicable, and give notice of the hearing date to all parties.

CLAIM FOR EXEMPTION FORM
EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)

NOTE: 18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under the Internal Revenue Service Code.

I claim that the exemption(s) from enforcement which are checked below apply in this case:

_____ 1. Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family. *See* 26 U.S.C. § 6334(a)(1).

_____ 2. Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed **$11,710** in value. *See* 26 U.S.C. § 6334(a)(2).

_____ 3. Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate **$5,860** in value. *See* 26 U.S.C. § 6334(a)(3).

_____ 4. Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico. *See* 26 U.S.C. § 6334(a)(4).

_____ 5. Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee. *See* 26 U.S.C. § 6334(a)(5).

_____ 6. Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code. *See* 26 U.S.C. § 6334(a)(6).

_____ 7. Workmen's Compensation.--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico. *See* 26 U.S.C. § 6334(a)(7).

_____ 8. Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment. *See* 26 U.S.C. § 6334(a)(8).

_____ 9. Certain service-connected disability payments.-- Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title

                    38, United States Code) disability benefit under--(A) subchapter II, III,IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35,37, or 39 of such Title 38. *See* 26 U.S.C. § 6334(a)(10).

\_\_\_\_\_10.      Assistance under Job Training Partnership Act.--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act. *See* 26 U.S.C. § 6334(a)(12).

\_\_\_\_\_11.      <u>Minimum exemptions for wages</u>, salary and other income. The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in criminal cases. The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, <u>automatically apply and do not need to be claimed.</u> The aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed (1) 25 % of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

      Check on this form which exemption(s) from enforcement you are claiming, and attach to the Affidavit of Exemptions and Request for Hearing, along with copies of your documentation. The completed Affidavit with attachments must be signed, notarized and filed with the Clerk of the Court.

      Within 20 days after this Notice was served, you must either mail or deliver this notarized form in person to:

                    Clerk, United States District Court
                    333 Las Vegas Blvd. South, Room 1334
                    Las Vegas, Nevada 89101.

You must also send a copy of your request to the United States Attorney at:

                    United States Attorney's Office
                    Attn: Financial Litigation Unit
                    501 Las Vegas Blvd., South
                    Suite 1100
                    Las Vegas, Nevada 89101

      IF YOU DO NOT FILE THIS AFFIDAVIT WITHIN THE TIME SPECIFIED, YOUR PROPERTY MAY BE SOLD AND THE MONEY GIVEN TO THE PLAINTIFF / JUDGMENT CREDITOR, EVEN IF THE PROPERTY OR MONEY IS EXEMPT.