RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Nathan Thomas Foreman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00105-GMN-EJY |
| Plaintiff, | |
| v. | **STIPULATION FOR RELEASE OF PASSPORT FOR SELF-SURRENDER** |
| NATHAN THOMAS FOREMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Nathan Thomas Foreman, for the release of Mr. Foreman's passport for self-surrender.

The Stipulation is entered into for the following reasons:

1. Mr. Foreman was ordered to self-surrender to his BOP facility on July 8, 2025. ECF No. 67. Mr. Foreman will be taking a flight to self-surrender, but he does not have a Real Identification Card. Real IDs are required to fly in the United States after May 7, 2025. Mr. Foreman has tried to make an appointment at the DMV to obtain a Real ID, but the only

available appointments are weeks out, well past his self-surrender date. Mr. Foreman needs his passport to board his plane.

2. Pretrial supports the return of Mr. Foreman's passport to allow him to travel to self-surrender.

3. The government agrees with this request, subject to the following conditions:

- The Defendant will provide to Pretrial Services flight information and confirmation to prove there is a flight purchased to self-surrender;
- The passport will only be released to Defendant 24 hours before his scheduled flight and,
- Pre-trial will only release the passport to Defendant when he provides current flight confirmation/boarding pass at the time Defendant is picking up the passport.

4. The parties therefore ask that that Court grant this request and allow Mr. Foreman's passport to be released to him. Upon his self-surrender, the BOP will hold the passport with the rest of Mr. Foreman's property until his release.

DATED this 27th day of June, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Heidi A. Ojeda<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ Afroza Yeasmin<br>AFROZA YEASMIN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN THOMAS FOREMAN, <br><br> Defendant. | Case No. 2:23-cr-00105-GMN-EJY <br><br> **ORDER** |

**IT IS THEREFORE ORDERED** that Pretrial Services will release Mr. Foreman's passport to him in accordance with the following conditions:

1. The Defendant will provide to Pretrial Services flight information and confirmation to prove there is a flight purchased to self-surrender;
2. The passport will only be released to Defendant 24 hours before his scheduled flight and,
3. Pre-trial will only release the passport to Defendant when he provides current flight confirmation/boarding pass at the time Defendant is picking up the passport.

DATED this __2__ day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE