SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264

CYBILL L. DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Judgment Creditor,<br><br>    v.<br><br>NATHAN THOMAS FOREMAN,<br><br>    Judgment Debtor,<br><br>and<br><br>EMPOWER ANNUITY INSURANCE COMPANY OF AMERICA DBA EMPOWER, and its Successors or Assigns,<br><br>    Garnishee. | Case No.: 2:23-CR-105-GMN-EJY<br><br>**FINAL ORDER OF GARNISHMENT** |

      This matter is before the Court for consideration of the entry of a final order in garnishment pursuant to Section 3205 of the Federal Debt Collections Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt property of the Judgment Debtor, Nathan Thomas Foreman.

      The United States filed an Application for Writ of Garnishment seeking any nonexempt property belonging to or owed the Judgment Debtor by Hilton Grand Vacations and its Successors or Assigns ("Garnishee"). A Writ of Garnishment was properly served on Garnishee, which filed an Answer stating that it had in its possession, custody or control,

personal property belonging to and due the Judgment Debtor, Nathan Thomas Foreman in the form of a retirement account in the amount of approximately $33,072.16.

The Judgment Debtor was served with the Writ of Garnishment and notified of their right to claim an exemption or request a hearing. The Judgment Debtor did not request a hearing to determine exempt property.

Having considered the Application, Garnishee's Answer and noting that the Judgment Debtor has not exercised their right to request a hearing, the Court **GRANTS** the United States' Motion for Final Order of Garnishment and orders as follows:

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the Garnishee is hereby ordered to pay into the hands of the Clerk, U.S. District Court, the amount of $11,000.00 from the balance of the retirement account held by the Garnishee on behalf of the defendant.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that all monies previously held by the Garnishee in accordance with the Writ of Garnishment shall immediately be paid to the United States.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that these sums are to be applied to the Judgment rendered in the matter in the sum of $11,200.00, upon which there is an unpaid balance of $11,000.00, as of July 23, 2025. These deductions are to continue until the total amount due, plus accruing interest, is fully paid and satisfied.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that pursuant to 28 U.S.C. 3205 (c)(9)(A), the United States shall give an annual accounting on the garnishment to the judgment debtor and the garnishee. The first Status Report is due **August 5, 2026.**

/ / /

/ / /

/ / /

Checks should be made payable to:

**Clerk of the Court, U.S. District Court**

Mailed to:

**Clerk of the Court, U.S. District Court**
**333 Las Vegas Boulevard South, Suite 1334**
**Las Vegas, NV 89101**

And bearing Judgment Debtor's name and case number:

**2:23-CR-00105 GMN-EJY**

Dated: _____August 4, 2025_____   _____
UNITED STATES DISTRICT JUDGE